# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NELSON MARTINEZ,

    *Plaintiff*,

v.                                                    Case No.: 4:23cv185-MW/MAF

SGT. MILLER, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The Magistrate Judge recommends dismissal because Plaintiff's amended complaint is a shotgun pleading and Plaintiff has failed to comply with Court Orders to properly amend his complaint and refile his IFP motion or pay the filing fee by certain deadlines. This Court recognizes that Plaintiff submitted a letter seeking an extension and a second amended complaint that was filed after the Magistrate Judge entered his Report and Recommendation. Both filings were stricken as they did not comply with the pleading rules that the Magistrate Judge identified for Plaintiff. Plaintiff was afforded multiple opportunities to properly amend his complaint, which he failed to do.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED without prejudice** as an impermissible shotgun pleading and for failure to comply with Court Orders." The Clerk shall close the file.

**SO ORDERED on August 15, 2023.**

s/Mark E. Walker
**Chief United States District Judge**
